

# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

UNITED STATES OF AMERICA,

v.

WILLIE DEWAYNE GREER,                    CASE NUMBER:    1:02-1215-T/An


**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 7/28/2005, the defendant's motion under 28 U.S.C. § 2255 is DENIED. It is also CERTIFIED, pursuant to Fed, R. App. P 24(a), that any appeal in this matter is not taken in good faith, and leave to appeal in forma pauperis is DENIED. Accordingly if movant files a notice of appeal, he must also pay the full $255 appellate filing fee or file a motion to proceed in forma pauperis and supporting affidavit in the Sixth Circuit Court of Appeals within thirty (30) days. It is further ordered that this case is hereby DISMISSED.


APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                                                      THOMAS M. GOULD
                                                     CLERK

_7/29/05_                 BY: _C. Reid_
DATE                                   DEPUTY CLERK


This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _08-02-05_.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:02-CV-01215 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

Willie Dewayne Greer
FCI-MANCHESTER
17373-076
PO Box 4000
Manchester, KY 40962--400

Honorable James Todd
US DISTRICT COURT